EAST HAVEN REDEVELOPMENT AGENCY *v.* FRANK DEPINO

The defendant's motion for review of the order of the trial court dated March 16, 1973, has been granted; the modifying or vacating of that order in the appeal from the Superior Court in New Haven County is denied.

*Benson A. Snaider,* in support of the motion.

*Anthony V. DeMayo,* in opposition.

Submitted May 18—decided June 5, 1973

CARYL S. STERN *v.* HAROLD N. STERN

The defendant's motion for permission to file an unprinted supplemental brief after argument of the case in the appeal from the Superior Court in New Haven County is denied.

*Jacob D. Zeldes,* in support of the motion.

Submitted May 24—decided June 5, 1973

The plaintiff's motion for permission to file an unprinted reply brief after argument of the case in the appeal from the Superior Court in New Haven County is denied.

*James R. Greenfield,* in support of the motion.

Submitted May 25—decided June 5, 1973

WILLIAM A. BAKER, JR., ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF NORWALK

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Philip Baroff,* in support of the petition.